From:POLICE CID          To:15013740541          11/10/2016 12:49     #953 P.003/006

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

**RAMONA EVANS**                                                                          **PLAINTIFF**

VS.                                       NO: 54 CV-2016- 210

**CITY OF HELENA-WEST HELENA,**
**ARKANSAS**                                                                              **DEFENDANT**

## COMPLAINT

Comes the Plaintiff, Ramona Evans ("Plaintiff") by and through her attorney, Robert E. Kinchen, and for her motion to complaint against the City of Helena- West Helena, Arkansas ("City") states and allege the following facts:

1. That at all times relevant to this lawsuit, Plaintiff is and has been a citizen of Helena-West Helena, Arkansas, Phillips County, Arkansas.

2. That the City is a body politic subject to the provisions of the Arkansas Freedom of Information Act, A.C.A. 25-19-101, et seq. .

3. That on or about July 18, 2013, Plaintiff appeared in the District Court of Phillips County in connection with an alleged traffic violation.

4. That subsequent to her appearance, Plaintiff paid all fines and costs associated with the traffic violation.

6. That despite her payment the Distinct Court Clerk's office failed to document the payment.

7. That as a result of the failure to document the payment, District Court Clerk's office requested the issuance of a warrant for Evans' arrest for failure to make payment.

8. That District Court issued a warrant for Evans arrest and issued a request to other agencies of the existence of said warrant.

FILED
At 9:20 O'Clock A M
JUL 15 2016
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
By_____D.C.

RECEIVED
11-10-16

9. That Evans was stopped and arrested by the Forrest City Police Department and held in lockup in Forrest City until picked up by the City Police Department.

10. That Evans vehicle was confiscated and towed.

11. That Evans was picked up by the City Police Department and delivered to the police station of the City.

12. That Evans was eventually released after it was discovered that she had actually paid all fines.

13. That Evans was arrested as a result of the City's failure to maintain proper records.

14. That Evans was arrested as a result of an improperly issued arrest warrant.

15. That Evans' vehicle was towed as a result of the City's failure to maintain proper records.

16. 15. That Evans' vehicle was towed as a result of an improperly issued arrest warrant.

17. That the actions of the Clerk's office were performed under the color of law.

18. That Evans suffered damages in the form of costs for towing, humiliation, emotional distress, and damage to her reputation.

19. That Plaintiff requests a trial by jury.

**WHEREFORE,** Plaintiff prays that an order be entered reimbursing her for costs and attorney fees and compensating her the violation of her civil rights and for all other relief to which she may be entitled.

BY: _____
ROBERT E. KINCHEN
STATE BAR NO: 2008051
423 RIGHTOR STREET
HELENA, AR 72342
(870) 338-6487

3