IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RAMONA EVANS                                                                                      PLAINTIFF

VS.                                              2:17-CV-00009-BRW

HELENA-WEST HELENA, ARKANSAS,
CITY OF                                                                                           DEFENDANT

## ORDER

Pending are Defendant's Motions to Dismiss (Doc. Nos. 3, 11).  Plaintiff has responded and Defendant has replied.[1]

Plaintiff alleges that the Phillips County District Court Clerk (the "Clerk"), did not record a payment she made on a fine.[2]  Because of this failure, the District Court of Phillips County, Arkansas (the "District Court") issued a warrant, Plaintiff was arrested, her car was towed, and she was held in custody until someone finally figured out that she had paid the fine.[3]

Although Plaintiff's allegations are troubling – especially if, as Plaintiff alleges, it occurs frequently – the Clerk and the District Court are state-government officials who are neither employed by Defendant, nor amenable to suit.[4]  Accordingly, Defendant's Motions (Doc. Nos. 3, 11) are GRANTED.

IT IS SO ORDERED this 2nd  day of March, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 15, 16.

[2] Doc. No. 7.

[3] *Id.*

[4] See, e.g., *Duty v. City of Springdale, Ark.*, 42 F.3d 460, 463 (8th Cir. 1994); *McCrory v. Johnson*, 296 Ark. 231, 243, 755 S.W.2d 566, 573 (1988).