IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RAMONA EVANS**                                                                                                 **PLAINTIFF**

**VS.**                                     **2:17-CV-00009-BRW**

**CITY OF HELENA-WEST HELENA, ARKANSAS**                     **DEFENDANT**

**ORDER**

Plaintiff's Motion for Voluntary Dismissal (Doc. No. 36) is GRANTED, and this case is DISMISSED without prejudice.

If Plaintiff re-files this lawsuit against Defendant within the time and manner permitted by the Federal Rules of Civil Procedure, and the law, Defendant may petition the Court for the reasonable fees and costs related to the outstanding discovery issues.

IT IS SO ORDERED this 17th day of September, 2019.

                                                                        /s/ Billy Roy Wilson
                                                                      UNITED STATES DISTRICT JUDGE